UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :        08 Cr.

        - v. -                    :

WILLIAM LUKE,                     :

            Defendant.            :

- - - - - - - - - - - - - - - - x

JUDGE SCHEINDLIN

08 CRIM 397

        The above-named defendant, who is accused of violating 21 U.S.C. §§ 812, 841(a)(1)

and 841(b)(1)(C), and 18 U.S.C. § 2, being advised of the nature of the charge and of his rights,

hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be

by information instead of by indictment.



_____
Defendant

_____
Witness

_____
Counsel for Defendant (for Louis Freeman)

Date:   New York, New York
        May 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE

0202