UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :
                                         INFORMATION
           v.                         :
                                         08 Cr.
WILLIAM LUKE,                         :

           Defendant.                 :

- - - - - - - - - - - - - - - - - -x

08 CRIM 397

## COUNT ONE

The United States Attorney charges:

1. On or about February 24, 2006, in the Southern District of New York, WILLIAM LUKE, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

   (Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

2. As a result of committing the controlled substance offenses alleged in Count of this Information, WILLIAM LUKE, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

<u>Substitute Asset Provision</u>

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant –

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLIAM LUKE,

Defendant.

INFORMATION

08 Cr. ___

(Title 21, United States Code, Sections 812,
841(a)(1) and 841(b)(1)(C); Title 18, United States
Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

---

*[Handwritten notations:]*

2C
5/7/08

Def present w/counsel Janet Mace for Louis Freeman, Kenneth Polite present for the gov't. Def waives indictment. Time is excluded nunc pro tunc from 5/5/08 to 5/7/08; and time is excluded from today 5/7/08 to 6/18/08. Bail conditions are unchanged.

F. Maas, USMJ