

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2008

*Via Facsimile*

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

Re:  United States v. William Luke,
     08 Cr. 397 (SAS)

Dear Judge Scheindlin:

The Government respectfully requests that Your Honor schedule a plea hearing in the above-referenced matter for a date within the next thirty days. In addition, the Government requests the exclusion of speedy trial time from today through the date of the hearing, to allow the parties to complete discussions regarding a disposition in this matter.

*[Handwritten: Plea referred to the Magistrate Judge for July 30, 2008]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth A. Polite
Assistant United States Attorney
(212) 637-2412
(212) 637-2387 [fax]

cc:  Louis M. Freeman, Esq. (via facsimile)

08 Civ 397

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to complete discussions regarding a disposition in this matter. Accordingly, it is ORDERED that the time between the date of this Order and July 30, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:   New York, New York
         June 30, 2008

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE